IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL FIRE AND MARINE INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-1500** |
| | : | |
| **GENESIS HEALTHCARE, INC.** | : | |

# ORDER

**AND NOW**, this 16th day of June 2022, upon considering the Motion for admission *pro hac vice* (ECF Doc. No. 18), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF Doc. No. 18) is **GRANTED** and Fiona Hogan, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).[1]

_____
**KEARNEY, J.**

---

[1] Counsel admitted to practice *pro hac vice* may register for an ECF E-Filer account in this District through the Court's website (http://www.paed.uscourts.gov/nextgen-cmecf).