# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL FIRE AND MARINE INSURANCE COMPANY** | : CIVIL ACTION <br> : <br> : |
| v. | : NO. 22-1500 <br> : |
| **GENESIS HEALTHCARE, INC.** | : |

## ORDER

**AND NOW**, this 17th day of June 2022, following today's initial pretrial conference where all counsel consented to the entry of an Order under Federal Rule of Evidence 502(d), it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding.

_____
**KEARNEY, J.**