IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL FIRE AND MARINE INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | NO. 22-1500 |
| GENESIS HEALTHCARE, INC. | : | |

## ORDER

AND NOW, this 14th day of July 2022, upon considering the parties' attached Stipulation, and finding good cause, it is ORDERED the parties' attached Stipulation is APPROVED requiring:

1. We **amend** our June 17, 2022 Order (ECF Doc. No. 21) to schedule a trial by jury mindful National Fire does not concede all issues raised in the amended Complaint or the amended Answer and Counterclaim are subject to trial by jury; and,

2. Plaintiff is granted leave to file an Answer to the Counterclaim (ECF Doc. No. 23) no later than **July 22, 2022**.

KEARNEY, J.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS HEALTHCARE, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:22-cv-01500 |

### **STIPULATION**

Plaintiff, National Fire and Marine Insurance Company ("National Fire"), and Defendant, Genesis Healthcare, Inc. ("Genesis") (collectively the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, National Fire filed an Amended Complaint on May 9, 2022 (ECF No. 7) ("Amended Complaint").

WHEREAS, on June 2, 2022, Genesis filed its Answer and Affirmative Defenses to the Amended Complaint (ECF No. 13).

WHEREAS, on June 23, 2022, Genesis filed an Amended Answer, Affirmative Defenses, and Counterclaims with Jury Demand (ECF No. 23) ("Amended Answer and Counterclaim").

WHEREAS, on July 6, 2022, Genesis filed a Motion for a Finding that Genesis Has Made a Timely Jury Demand Or, In The Alternative, For Leave To File A Jury Demand Out of Time (the "Jury Demand Motion") (ECF No. 25).

WHEREAS, this Court entered an Order on July 6, 2022, denying the Jury Demand Motion without prejudice and directing Genesis to engage in good faith efforts with National Fire

1

to resolve the issues raised in the Jury Demand Motion and refile the Jury Demand Motion in compliance with the Court's Policies and Procedures, Section IV (ECF No. 26).

WHEREAS, the Parties met and conferred on July 7, 2022 in an attempt to resolve the issues raised in Genesis's Jury Demand Motion and a potential Rule 12 Motion by National Fire in response to Genesis's Counterclaim, which by rule must be filed on or before July 14, 2022.

WHEREAS, on July 11, 2022, the Parties resolved the issues regarding Genesis's Jury Demand Motion and National Fire's response to the Counterclaim, by which National Fire agreed not to object to Genesis's Jury Demand and agreed to file an Answer to the Counterclaim and Genesis agreed to the extension of time National Fire requested to file its Answer to the Counterclaim.

WHEREAS, the Parties' agreements with respect to the Jury Demand Motion and the extension of time that National Fire requested to file its answer to the Counterclaim will allow litigation of this matter to proceed more efficiently and expeditiously.

NOW, WHEREFORE, the Parties agree and request the entry of an Order of this Court as follows:

1. Genesis' Jury Demand dated June 23, 2022 (ECF No. 23) shall be considered timely as to all issues triable by a jury.

2. National Fire does not concede that all issues raised in the Amended Complaint or the Amended Answer and Counterclaim are subject to trial by jury, and National Fire reserves all rights in that regard.

3. Good cause exists to amend the Court's Scheduling Order dated June 17, 2022 (ECF No. 21) to schedule a trial by jury, rather than a nonjury trial, because Genesis has made a timely jury demand.

4. Good cause exists to extend National Fire's time to file its Answer to Genesis's Counterclaim by a period of eight (8) days; and

5. National Fire's Answer to Genesis's Counterclaim shall be filed on or before July 22, 2022.

/s/Louis H. Kozloff
Louis H. Kozloff, Esq. (PA 82368)
Kelsey L. Knish, Esq. (PA 323620)
Kennedys CMK, LLP
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: (267) 479-6700
Fax: (215) 665-8475

*Attorneys for Plaintiff*
National Fire & Marine
Insurance Company

/s/Pamela D. Hans
Pamela D. Hans, Esq. (PA 88138)
Rhonda D. Orin, Esq. (*Pro Hac Vice*)
Fiona Hogan, Esq. (*Pro Hac Vice*)
Anderson Kill, P.C.
1760 Market Street, Suite 600
Philadelphia, Pennsylvania 19103
Tel: (267) 216-2700
Fax: (215) 568-4573

*Attorney for Defendant*
Genesis Healthcare, Inc.

**IT IS SO ORDERED:**

_____
The Honorable Mark A. Kearney

**DATE:** _____