# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL FIRE AND MARINE INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GENESIS HEALTHCARE, INC.** | : | **NO.: 22-cv-1500** |

## O R D E R

**AND NOW**, this 25th day of **JULY 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned referral judge is reassigned from the calendar of Honorable Late Marilyn Heffley to the calendar of the Honorable Lynne A. Sitarski for Settlement.

FOR THE COURT:


JUAN R. SÁNCHEZ
**Chief Judge**


ATTEST:


 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**