IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL FIRE AND MARINE INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | NO. 22-1500 |
| GENESIS HEALTHCARE, INC. | : | |

## ORDER

AND NOW, this 25th day of July 2022, mindful of the Court's case management obligations with District Court and Magistrate Judge vacancies and consistent with Local Rule 53.3, it is **ORDERED**:

1. We **VACATE** the referral for settlement with the late Judge Heffley and Judge Sitarski under our June 17, 2022 and July 25, 2022 Orders (ECF Doc. Nos. 21, 30);

2. Counsel shall pursue private mediation consistent with our June 17, 2022 Order (ECF Doc. No. 21) unless they jointly certify there is no possibility of settlement in the status memorandum required under this Order;

3. Counsel shall immediately confer in good faith to allow Plaintiff to file status memoranda not exceeding three pages no later than **NOON** on **July 28, 2022**:

    a. Identifying an agreed private mediator to conduct settlement discussions, or absent agreement, **show cause** as to why we should not appoint former United States Magistrate Judge Honorable Thomas J. Rueter (now with JAMS) to promptly schedule and conduct settlement discussions; and,

    b. Confirming each party's percentage of responsibility to timely compensate the private mediator at the normal rates paid in accord with the mediator's requirements.

KEARNEY, J.