**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

———————————————————————————

|  |  |  |
|---|---|---|
| NATIONAL FIRE AND MARINE INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | No. 2:22-cv-01500-MAK |
| v. | : | |
| | : | |
| GENESIS HEALTHCARE, INC., | : | |
| | : | |
| Defendant. | : | |

———————————————————————————

**<u>STATUS MEMORANDUM</u>**

In accordance with this Court's July 25, 2022 Order (ECF No. 31), counsel for the parties met and conferred in good faith and Plaintiff National Fire and Marine Insurance Company submits the following status memorandum:

1.    The parties agree to pursue private mediation with former United States Magistrate Judge Honorable Thomas J. Rueter of JAMS;

2.    The parties agree to evenly split the responsibility to timely compensate JAMS for the cost of mediation with National Fire bearing 50% of the costs and Genesis bearing 50% of the costs;

3.    The parties have scheduled mediation with Judge Rueter on September 16, 2022, which is Judge Rueter's earliest available date in September on which the parties are available;

4.    Because the parties were not able to schedule mediation with Judge Rueter prior to the September 7, 2022 deadline for an initial settlement conference set forth in the Court's June 17, 2022 Order (ECF No. 21) and to allow the parties to better prepare for a productive mediation,

the parties respectfully request that paragraph 6 and paragraph 7 of the June 17, 2022 Order be modified to state:

6. No later than **August 31, 2022**, Plaintiff shall serve a detailed written offer under F.R.E. 408 evaluating the strengths and weaknesses of its claims as to each purported event for purposes of batching and Defendant shall provide a detailed written response on or before **September 9, 2022**.

7. This matter is referred to Hon. Thomas Rueter (Ret.) for all settlement purposes. Plaintiff's counsel will immediately contact Judge Rueter to schedule a mediation to occur on or before September 16, 2022. Counsel will timely advise Judge Rueter if there is no chance of settlement before the conference.

Respectfully submitted,

**KENNEDYS CMK LLP**


By:     */s/Louis H. Kozloff*
Louis H. Kozloff (ID No. 82368)
Kelsey L. Knish (ID No. 323620)
1600 Market Street, Suite 1410
Philadelphia, PA 19103
(267) 479-6700
(215) 665-8475
Louis.Kozloff@kennedyslaw.com
Kelsey.Knish@kennedyslaw.com

*Attorneys for Plaintiff*


Dated: July 28, 2022

### **CERTIFICATE OF SERVICE**

I, Louis H. Kozloff, hereby certify that on July 28, 2022, a true and correct copy of the foregoing Status Memorandum was served upon all counsel of record via the Court's Electronic Case Filing system.


By:    */s/Louis H. Kozloff*
        Louis H. Kozloff