IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL FIRE AND MARINE INSURANCE COMPANY | : CIVIL ACTION :  :  |
| v. | : NO. 22-1500 : |
| GENESIS HEALTHCARE, INC. | : |

## ORDER

AND NOW, this 22nd day of November 2022, upon considering Plaintiff's uncontested Motion to amend (ECF Doc. No. 108), and finding good cause, it is **ORDERED**:

1. Plaintiff's Motion (ECF Doc. No. 108) is **GRANTED**;

2. The Clerk of Court shall forthwith **SEAL and IMPOUND** Plaintiff's Appendix (ECF Doc. No. 85-3) until further Order; and,

3. Plaintiff shall re-file the Appendix (ECF Doc. No. 85-3) only replacing pages 26a and 32a with the approved redacted versions (ECF Doc. No. 108-1) no later than **November 30, 2022**.

_____
KEARNEY, J.