# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL FIRE AND MARINE INSURANCE COMPANY** | : CIVIL ACTION :  : |
| v. | : NO. 22-1500 : |
| **GENESIS HEALTHCARE, INC.** | : |

## ORDER

**AND NOW**, this 9th day of January 2023, upon considering the January 9, 2024 Mandate (ECF No. 114) remanding for further proceedings after finding the issues not ripe at time of filing, and finding good cause consistent with Federal Rule 1, it is **ORDERED** the parties shall meaningfully meet and confer to allow Plaintiff to, on or before **January 16, 2024**, either dismiss without prejudice or file a joint status report as to our next steps not exceeding five pages.

**KEARNEY, J.**