IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL FIRE AND MARINE INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1500 |
| | : | |
| GENESIS HEALTHCARE, INC. | : | |

## ORDER

**AND NOW**, this 17th day of January 2024, upon considering the January 9, 2024 Mandate (ECF No. 114) remanding for further proceedings after finding the issues not ripe at time of filing, the Plaintiff's joint status report (ECF No. 116) responsive to our January 9, 2024 Order (ECF No. 115), finding Plaintiff did not establish subject matter jurisdiction (as previewed in our October 18, 2022 Order [ECF No. 68]) as confirmed by our Court of Appeals directing we lack subject matter jurisdiction with Plaintiff now offering nothing further to support the exercise of our limited jurisdiction which would alter the Court of Appeals' guidance after affording Plaintiff an opportunity to do so (ECF No. 115), and finding good cause consistent with Federal Rule 1, it is **ORDERED** we **dismiss** without prejudice and direct the Clerk of Court to **close** this case.

_____
**KEARNEY, J.**